IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00962-ZLW-MEH

KATHLEEN CONNIFEY,

    Plaintiff,

v.

VAIL VALLEY MEDICAL CENTER FOUNDATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2006**

    For good cause shown, the Defendant's Unopposed Motion to Vacate the Scheduling Conference and Stay the Case Pending a Ruling on the Foundation's Motion to Dismiss [<u>Filed November 21, 2006; Docket #12</u>] is **granted**.

    The Scheduling Conference set in this matter for December 4, 2006, at 9:30 a.m., is hereby **vacated** and this case is hereby **stayed** (including the deadlines associated with the scheduling conference) pending a ruling on the Defendant's Motion to Dismiss. If dismissal of this matter has not occurred within 60 days, however, the Defendant shall file a written status report with this Court, indicating whether or not resetting of the Scheduling Conference would be appropriate.