IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

January 17, 2007

Suzanne Claar, Court Reporter
LaDonne Bush, Deputy Clerk

Civil Action No. 06-cv-00962-ZLW-MEH

KATHLEEN CONNIFEY,                                      Patricia Tulinski appears by telephone

      Plaintiff,

v.

VAIL VALLEY MEDICAL CENTER           Sybil R. Kisken
FOUNDATION,

      Defendant.

## COURTROOM MINUTES

**Hearing on Motions**

2:08 p.m.     Court in session.

Preliminary comments by the Court.

Discussion between the Court and Ms. Kisken regarding whether Janet Savage represents Vail Valley Medical Center.

Argument by counsel.

Ms. Kisken agrees that the proper defendant is Vail Clinic, Inc., doing business as Vail Valley Medical Center.

**ORDER:**     Plaintiff's Fed. R. Civ. P. 15 Motion for Leave to File an Amended Complaint (Doc. 16) is granted. By January 29, 2007, Plaintiff may file and serve on Defendant's attorneys an amended complaint adding Vail Clinic, Inc., doing business as Vail Valley Medical Center.

Court finds that the amendment will date back to the original pleading.

**ORDER:**   Motion to Dismiss (Doc. 10) is treated as a motion for summary judgment and is granted. The Vail Valley Medical Center Foundation is dismissed and the case will go forward against the proper defendant.

Ms. Tulinski states that David Lane will be entering his appearance for Plaintiff.

Court instructs counsel to confer and cooperate with the professionalism that is required of all attorneys in Colorado.

Counsel will set a scheduling conference with Magistrate Judge Hegarty.

2:50 p.m.   Court in recess.

Hearing concluded.

Time: 00:42