IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00962-ZLW-MEH

KATHLEEN CONNIFEY,

      Plaintiff,

v.

VAIL VALLEY MEDICAL CENTER FOUNDATION,

      Defendant.

_____

**ORDER**
_____

This matter was before the Court on January 17, 2007, for oral argument on Plaintiff's Fed. R. Civ. P. 15 Motion For Leave To File An Amended Complaint and Defendant's Motion To Dismiss.  Plaintiff's counsel appeared by telephone due to adverse weather conditions in Texas.[1]  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

ORDERED that Plaintiff's Fed. R. Civ. P. 15 Motion For Leave To File An Amended Complaint (Doc. No. 16) is granted and Plaintiff is granted leave to add Vail Clinic, Inc. d/b/a Vail Valley Medical Center as a defendant, effective immediately.  It is

_____

[1]See Minute Order (Doc. No. 22; Jan. 16, 2007).

FURTHER ORDERED that Plaintiff's amended complaint shall be filed with the Court on or before January 29, 2007.  It is

FURTHER ORDERED that Defendant's Motion To Dismiss (Doc. No. 10) is treated as a motion for summary judgment as Defendant has attached exhibits to their motion.[2]  It is

FURTHER ORDERED that Defendant's motion for summary judgment is granted and Defendant Vail Valley Medical Center Foundation is dismissed from the amended complaint with prejudice.  It is

FURTHER ORDERED that the caption shall be amended to reflect the addition of Vail Clinic, Inc. d/b/a Vail Valley Medical Center and the dismissal of the Vail Valley Medical Center Foundation.

DATED at Denver, Colorado, this ___18___ day of January, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[2]See Fed. R. Civ. P. 12(b); Fed. R. Civ. P. 56(c).

2