IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00962-ZLW-MEH

KATHLEEN CONNIFEY,

    Plaintiff,

v.

VAIL VALLEY MEDICAL CENTER FOUNDATION,

    Defendant.

_____

**ORDER**
_____

    It is ORDERED that Plaintiff's Motion For Jury Trial Pursuant To Rule 39(b) (Doc. No. 35) is granted, over objection.

    DATED at Denver, Colorado, this __2___ day of March, 2007.

    BY THE COURT:

_____
 ZITA L. WEINSHIENK, Senior Judge
 United States District Court