IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 06-cv-00962-CBS-MEH

KATHLEEN CONNIFEY,
        Plaintiff,

v.

VAIL CLINIC, INC., d/b/a VAIL VALLEY MEDICAL CENTER,
        Defendant.

---

## DISMISSAL ORDER

---

        This civil action comes before the court on the parties' Stipulation of Dismissal

with Prejudice (filed October 12, 2007) (doc. # 66).  The court now being sufficiently

advised in the premises, IT IS ORDERED that the parties' Stipulation is approved and

this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with

each party to bear her or its own attorney fees and costs.

        Dated at Denver, Colorado this 12th day of October, 2006.

                                By the Court:


                                ___s/Craig B. Shaffer_____
                                United States Magistrate Judge